**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Criminal Action No. 3:07-CR-82 -R**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

V.

| | |
|---|---|
| EDWARD HOUSE (1) <br> NATHAN FRISBIE (2) <br> JERRY CRENSHAW (4) | DEFENDANTS |

**ORDER**

Defendants House, Frisbie and Crenshaw have filed Unopposed Motions to Continue Sentencings. The Motions are granted. (Dockets 87, 88 and 89)

The Sentencing Hearings set on June 16, 2008 are **VACATED** and are set on **September 16, 2008 at 12:00 Noon.**

**IT IS SO ORDERED.**

cc:  Counsel
 AUSA
 US Marshal
 US Probation

0|0